UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT | * * * | |
| Petitioner, | * * * | CASE NO. B-19-cv-230 |
| v. | * * | |
| HUMAUN KABIR, A#XXX-XXX-465 | * * * | |
| Respondent. | * * | |

### ORDER

The Court, having reviewed the *Petitioner's Motion for Issuance of Summons and Order Directing U.S. Marshal Office to Serve Summons and Petition*, this Court finds that the Petitioner, an agency of the United States government, has shown good cause warranting an order directing the U.S. Marshal to serve Respondent with the summons and petition herein.

Accordingly, it is:

**ORDERED** that *Petitioner's Motion for Issuance of Summons and Order Directing U.S. Marshal Office to Serve Summons and Petition* is **GRANTED**;

**ORDERED** that the Clerk of the Court issue a summons;

**ORDERED** that upon the issuance of a summons, the U.S. Marshal's Service serve the Summons and a copy of the Petition herein upon Respondent as provided in the summons attached to Petitioner's motion. Once service is completed, the Marshal's Office is directed to provide the Clerk with proof that service was accomplished.

Signed on _____, 2019/2020.

_____
PRESIDING JUDGE