| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **SOUTHERN DISTRICT OF TEXAS** |
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>V.<br><br>HUMAUN KOBIR | | **BROWNSVILLE DIVISION**<br>**Civil Action No. B-**1:19-cv-230<br><br>**EXHIBIT LIST** |
| X **Plaintiff's List** ☐ **Defendant's List** | | **ATTORNEY**: Nancy L. Masso |
| **JUDGE:** Rolando Olvera | **CLERK:** Sandra Espinoza | **REPORTER:** Sheila Perales |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | *DeLeon Declaration*, signed 12/31/2019 | | | | |
| 2. | *DeLeon Declaration*, signed 01/24/2020 | | | | |
| 3. | ICE Hunger Strike Protocol | | | | |
| 4. | IHSC Hunger Strike Protocol | | | | |
| 5. | *Cantu Declaration*, signed 12/31/2019 | | | | |
| 6. | *Cantu Declaration*, signed 01/24/2020 | | | | |
| 7. | *Cantu Declaration*, signed 02/06/2020 | | | | |
| 8. | *Cantu Declaration*, signed 02/19/2020 | | | | |
| 9. | *Cantu Declaration*, signed 03/03/2020 | | | | |
| 10. | | | | | |
| 11. | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |