| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>V.<br><br>HUMAUN KOBIR | **BROWNSVILLE DIVISION**<br>**Civil Action No. B-**1:19-CV-230<br><br>**WITNESS LIST** |
| x **Plaintiff's List** ☐ **Defendant's List** | **ATTORNEY**: Nancy L. Masso |
| **JUDGE:** Rolando Olvera / **CLERK:** Sandra Espinoza | **REPORTER:** Sheila Perales |

| NO. | NAME OF WITNESS |
|---|---|
| 1. | MELLISSA DeLEON, Assistant Officer in Charge, PIDC |
| 2. | MARIBEL CANTU, M.D., Clinical Director, PIDC |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |

| | |
|---|---|
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |
| 21. | |
| 22. | |
| 23. | |
| 24. | |
| 25. | |
| 26. | |
| 27. | |
| 28. | |
| 29. | |
| 30. | |